April 7, 2006

Mr. Stephen D. Howen
Figari & Davenport, L.L.P.
901 Main Street, Suite 3400, LB 125
Dallas, TX 75202-3796

Mr. Alan Clifton Gordon
Huseman & Pletcher, P.C.
600 Leopard, Suite 2100
Corpus Christi, TX 78473

RE: Case Number: 04-0477
 Court of Appeals Number: 13-02-00554-CV
 Trial Court Number: 01-60484-4

Style: MINNESOTA LIFE INSURANCE COMPANY
 v.
 ELIA L. VASQUEZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures

|cc:|Ms. Patsy Perez|
| | |
| |Ms. Cathy |
| |Wilborn |